IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION


JOHNSON, et al

      Plaintiffs,

v.                            Case No. 4:21-cv-0039RLW

CLARK, et al

      Defendants,

_____

(PROPOSED ORDER GRANTING MOTION FOR DEFAULT AND DEFAULT

JUDGMENT AGAINST ERIN K. MCGOWAN, ASST. CITY COUNSELOR

_____

     THIS CAUSE came before the Court upon Plaintiffs Jeffrey L.G. Johnson, Jerry A. Johnson and Joseph Johnson Federal Rules of Civil Procedures Rule 55(b)(2). Based on Plaintiffs' Section 1983 Claim motion for default and fpr default judgment against defendant Erin McGowan, Asst. City Counselor failure to plead or otherwise defend within the statute of limitations 21-days after service of the complaint and summons Rule 12(a)(1)(A)(i). This Court grant the plaintiffs its motion for default and default judgment.

DONE and ORDERED this _____ day of _____ 2021.


_____
Honorable Ronnie L. White
United States District Judge